# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

} 

FLA. BAR # **662501**

I, **STEVEN M. LARIMORE**, Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that Jeffrey A. Backman was duly admitted to practice in said Court on April 9, 2004, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida,** this 7th day of May, 2014.

**STEVEN M. LARIMORE**
Court Administrator • Clerk of Court

By: *Lorraine Sandelin*
/Deputy Clerk