# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-cv-01040 |
| ) | District Judge Aleta A. Trauger |
| CARIBBEAN CRUISE LINE, INC., and ) | Magistrate Judge E. Clifton Knowles |
| JANE/JOHN DOES 1 – 10, ) | |
| ) | |
| Defendants. | |

## CARIBBEAN CRUISE LINE, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Caribbean Cruise Line, Inc. ("CCL") makes the following statements:

CCL's parent corporation is Resort Marketing Holdings, Inc. There is no publicly traded corporation owning 10% or more of its stock.

Respectfully Submitted,

s/ R. Mark Donnell, Jr.
William L. Campbell, Jr., TN Bar No. 22712
R. Mark Donnell, Jr., TN Bar No. 30136
Frost Brown Todd LLC
150 Third Avenue South, Suite 1900
Nashville, Tennessee 37201
615.251.5550
615.251.5551 Fax
ccampbell@fbtlaw.com
mdonnell@fbtlaw.com

- and -

Richard W. Epstein (*Pro Hac Vice Pending*)
Jeffrey A. Backman (*Pro Hac Vice Pending*)
Greenspoon Marder Law
200 East Broward Boulevard, Suite 1500
Ft. Lauderdale, Florida 33301
954.764.6660
954.764.4996 Fax
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com

*Attorneys for Defendant*
*Caribbean Cruise Line, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, it is hereby certified that service of a true and correct copy of the foregoing has been made upon the following via U.S. mail, postage-prepaid, on this the 5th day of June, 2014:

    Mr. Craig Cunningham
    5543 Edmondson Pike, Suite 248
    Nashville, Tennessee 37211
    Phone: 615.348.1977
    *Pro Se Plaintiff*

                          s/ R. Mark Donnell, Jr.

4837-1949-0587v1