US District Court for the Middle District of TN

) Craig Cunningham

) Plaintiff, pro se

)

) v.

CIVIL ACTION NO. 3:14-cv-01040

)

) Caribbean Cruise Line

) Defendants.

**FILED**
JUL 28 2014 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

## Plaintiff's Motion for leave to file Sur-reply

1. To the Honorable US District Court:

2. The Defendants brought up new and previously unmentioned arguments in their reply motion to the Defendant's Response to the Defendant's to dismiss.

3. The Defendant's should not be allowed to make these late arguments without affording the Plaintiff to make a response.

4. The Defendant's allege the Plaintiff's response is untimely, which is of course not true. The Plaintiff doesn't file documents via ECF and generally files and receives documents via the mail.

5. Pursuant to the FRCP rule 6(d), the Plaintiff is entitled to an extra 3 days as service was made by the Defendant's counsel pursuant to FRCP rule 5(b)(2)(c) via the mail to the Plaintiff.

6. Furthermore, the Defendant's initial filing was improperly done on the June 6th, and they were ordered by the court to refile the documents properly on the June 9th, and as such, it would be prejudicial to allow the Defendants to eat into the