# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1040 |
| ) | Judge Trauger |
| CARIBBEAN CRUISE LINE and ) | Magistrate Judge Knowles |
| JOHN/JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On February 4, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 54), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** as the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion to Dismiss (Docket No. 22) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. The defendants' Motion to Strike (Docket No. 22) is **DENIED AS MOOT**.

It is so **ORDERED.**

Enter this 19th day of March 2015.

_____
ALETA A. TRAUGER
U.S. District Judge